**Melvin HILL, Plaintiff–Appellant,**

v.

**POSTAL SERVICE, Defendant–
Appellee.**

**No. 12–6377.**

United States Court of Appeals,
Fourth Circuit.

Submitted: June 28, 2012.

Decided: July 12, 2012.

Melvin Hill, Appellant Pro Se.

Before WILKINSON, SHEDD, and THACKER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Melvin Hill seeks to appeal the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint for failure to pay the filing fees. If a litigant has had three actions or appeals dismissed on the ground that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, the litigant may not proceed without prepayment of fees unless the applicant is under "imminent danger of serious physical injury." 28 U.S.C. § 1915(g) (2006). Hill has had three such prior dismissals: *Hill v. Hughes,* 1:00–cv–3204 (D.Md.2000), *Hill v. Woods,* 1:96–cv–3034 (D.Md.1996), *Hill v. Harvey,* 1:96–cv–3886 (D.Md.1996). Hill has not alleged that he is under imminent danger of serious physical injury. Therefore, we deny leave to proceed in forma pauperis on appeal and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*